NUMBER 13-06-263-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_________________________________________________________

 

MICHAEL
WESLEY JOHNSON,                             Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                       Appellee.

_________________________________________________________

 

                   On appeal from the 24th District Court 

                           of De Witt
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

      Before Chief
Justice Valdez and Justices Yañez and Garza

                       Memorandum Opinion Per
Curiam

 

Appellant, MICHAEL
WESLEY JOHNSON, attempted to perfect an appeal from a judgment entered by
the 24th District Court of De Witt County,
Texas.  Sentence in this cause was
imposed on June 9, 2004. 
No timely motion for new trial was filed.  The notice of appeal was due to be filed on July 8, 2004, but was not filed until April 27,
2006.   Said notice of appeal is untimely
filed. 








Tex. R. App. P. 26.3
provides that the court of appeals may grant an extension of time for filing
notice of appeal if such notice is filed within fifteen days of the last day
allowed and within the same period a motion is filed in the court of appeals
reasonably explaining the need for such extension.  Appellant failed to file his notice of appeal
and a motion requesting an extension of time within such period. 

The Court, having
considered the documents on file and appellant's failure to timely perfect his
appeal, is of the opinion that the appeal should be dismissed for want of
jurisdiction.  The appeal is hereby DISMISSED
FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 22nd day of June, 2006.